Erik Jones ID: D3103
SVSP
P.O. Box 1050
Soledad, CA 93960


25-cv-00315-TSH